***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted October 26, affirmed November 23, 2022

In the Matter of the Compensation of
Robert Rochette, Claimant.

Robert ROCHETTE,
*Petitioner,*

*v.*

CAREHERE,
*Respondent.*

Workers' Compensation Board
1906113, 2002570; A177372

Aaron S. Price and Welch, Bruun & Green filed the briefs for petitioner.

Courtney C. Kreutz filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In a petition for judicial review, claimant, who suffered a compensable injury at work, challenges an order of the Workers' Compensation Board affirming an order of an administrative law judge (ALJ) upholding employer's denial of claimant's new/omitted medical condition claims for a right shoulder rotator cuff tear and a right biceps tendon rupture. Contrary to claimant's contention, the board did not fail to decide claimant's challenge to the denial of the rotator cuff tear; the board simply affirmed the ALJ's order upholding the denial without writing further. Substantial evidence supports the board's determination that that claim is not compensable. *See* ORS 183.482(8)(c) (setting forth substantial evidence standard). Substantial evidence also supports the board's determination upholding the denial of the new/omitted medical condition claim for a biceps tendon rupture, based on the board's determination that claimant did not establish the existence of the claimed condition.

Affirmed.